UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE BURLINGTON INSURANCE
COMPANY,

      Plaintiff,

v.                         Case No. 8:07-cv-178-T-24MAP

HAINES CITY BILLIARDS, INC.,
d/b/a MI PEQUENO MEXICO BAR
RESTAURANT, INC., C & D
MANAGEMENT, INC.,
DAVID VEGA, and the ESTATE OF
BLADIMIR VILLEDA,

      Defendants.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff's Response to this Court's Order to Show Cause (Doc. No. 50). On December 26, 2007, this Court entered an Order to Show Cause directing Plaintiff to show cause as to why this case should not be dismissed pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.05 (Doc. No. 49). On December 31, 2007, Plaintiff filed the instant response, stating that the required Case Management Report will be filed by January 18, 2008. The Court construes this statement as a motion to extend the deadline for filing the Case Management Report. Upon consideration, the motion is granted. Plaintiff shall file the Case Management Report on or before January 18, 2008. Failure to file the Case Management Report within this time frame shall result in this action being dismissed without further notice.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of January, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record